

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00103-CV

KIMBERLY JACKSON                                    APPELLANT

V.

MILFORD RAYFORD D/B/A M & J                    APPELLEE
RENTAL RAYFORD

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 27, 2014, and April 9, 2014, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

---

[1]*See* Tex. R. App. P. 47.4.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  May 8, 2014

---

[2] *See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).